UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

ESTATE OF SWANNIE HER, CONNIE HER,
CHONG HER, EKIN HER, JASMINE HER,
ALEXANDER HERNANDEZ, EVANGELIN HER,
CHUEXNG HER, THVON HER, JOVANYEL
RAMIREZ-CHANG, JHOVANNY RAMIREZ-CHANG,
and CHUEVE HER,

           Plaintiffs,                  CASE NO. 17-CV-1015

v.

KRAIG SADOWNIKOW, CRAIG HOEPPNER,
RYAN ZAMROW, BROGAN ZOCHERT, MICHAELA
MILLARD, CASSIDY HOLBROOK, NOAH WILKENS,
MADELINE KAPHINST, ABIGAIL EHMKE, CITY OF
WEST BEND and THE LEAGUE OF WISCONSIN
MUNICIPALITIES MUTUAL INSURANCE COMPANY,

           Defendants.

---

## STIPULATION FOR PARTIAL DISMISSAL

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, by their attorneys, GENDE LAW OFFICE, S.C. and JUDGE, LANG & KATERS, LLC., and Defendants, by their attorneys, MUNICIPAL LAW & LITIGATION GROUP, S.C., that all claims against **Kraig Sadownikow** and **Noah Wilkens** may be dismissed with prejudice, on the merits and without costs to either party and an Order to that effect may be entered without further notice or hearing.

Dated this 8th day of May, 2018.

           **MUNICIPAL LAW & LITIGATION GROUP, S.C.**
           Attorneys for Defendants, Kraig Sadownikow,
           Craig Hoeppner, Ryan Zamrow, Brogan Zochert,
           Michaela Millard, Cassidy Holbrook, Noah
           Wilkens, Madeline Kaphingst, Abigail Ehmke, City

of West Bend and The League of Wisconsin
Municipalities Mutual Insurance Company.

By: /s/ Matteo Reginato
REMZY D. BITAR
State Bar No: 1038340
MATTEO REGINATO
State Bar No: 1089724
LUKE A. MARTELL
State Bar No. 1103301

720 N. East Avenue
Waukesha, WI 53186
O: (262) 548-1340
F: (262) 548-9211
E: rbitar@ammr.net
mreginato@ammr.net
lmartell@ammr.net

Dated this 8th day of May, 2018.

**GENDE LAW OFFICE, S.C.**
Attorneys for Plaintiffs.

By: /s/ James Gende II
JAMES J. GENDE II
State Bar No: 1030921

N28 W23000 Roundy Drive, Ste. 200
Pewaukee, WI 53072
O: (262) 970-8500
F: (262) 970-7100
jgende@jamesgendelaw.com