# United States District Court

EASTERN DISTRICT OF WISCONSIN

**ESTATE OF SWANNIE HER, et al.,**
    Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 17-CV-1015

**KRAIG SADOWNIKOW, et al.,**
    Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came on for consideration and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that the defendants' motion for summary judgment (Docket # 36) is **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiffs' Fourteenth Amendment claim (First Cause of Action of Amended Complaint) is **DISMISSED**. Plaintiffs' state law claims (Second, Third, and Fourth Causes of Action of Amended Complaint) are **DISMISSED without prejudice**.

Approved:   *s/ Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge

Dated: October 30, 2018

STEPHEN C. DRIES
Clerk of Court

*s/ Amanda Chasteen*
(By) Deputy Clerk