UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

THE ESTATE OF SWANNIE HER, et al.,
    Plaintiffs,
  v.
CRAIG SADNOWNIKOW, et al.,
    Defendants.

Case No: 17-CV-1015

## JOINT NOTICE OF APPEAL

Notice is given that Plaintiffs, The Estate of Swannie Her, Connie Her, Chong Her, Ekin Her (a minor), Jasmine Her (a minor), Alexander Hernandez (a minor), Evangelin Her (a minor), Chuexng Her (a minor), Thvon Her (a minor), Jovanyel Ramirez-Chang (a minor), Jhovanny Ramirez-Chang (a minor), and Chueve Her (a minor), appeal to the United States Court of Appeals for the Seventh Circuit from the District Court's Decision and Order granting the Defendants' motion for summary judgment, dated October 30, 2018, and subsequent Judgment entered on October 30, 2016 (D. 71; 72).

Dated at Pewaukee, Wisconsin this 28th day of November, 2018.

          **Gende Law Office, S.C.**
          Attorneys for Plaintiffs

By:  s/ James J. Gende II
     James J. Gende II (SBN: 1030921)
     N28W2300 Roundy Dr., Ste. 200
     Pewaukee, WI 53072
     P: (262) 970-8500
     F: (262) 970-7100
     jgende@jamesgendelaw.com